## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

NORMAN WESLEY ADAMS                                                                      PLAINTIFF

v.                                              4:16CV00869-JLH

ADVANCED MEDICAL SERVICES; *et al.*                                                  DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 20th day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE